# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

WILBUR LANN PITTMAN

V.

J.B. COMPTBER, Jr

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   09cv155-JM(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and that this case is dismissed without prejudice for lack of proper venue pursuant to 28 U.S.C. §§ 1391(b) and 1406(a)...........
..............................................................................................................................................................

| January 30, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON January 30, 2009